1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| KAREN ROACH,<br><br>  Plaintiff,<br><br>v.<br><br>CAPITAL ONE SERVICES, a limited liability company and DOES 1 through 50, inclusive,<br><br>  Defendant. | **Case No. 2:12-cv-05764-JCG**<br><br>*Referred to Magistrate Judge Jay C. Gandhi*<br><br>**[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>[*Filed concurrently herewith: Stipulation to Dismiss*]<br><br>[Ventura County Superior Court Case No. 56-2011-00399785-CU-PP-VTA]<br><br>Complaint filed:  July 7, 2011<br>Case removed:   July 3, 2012<br>Trial date:       July 30, 2013 |
|---|---|

# [PROPOSED] ORDER

The stipulation of the parties is hereby adopted by the Court. The matter is dismissed with prejudice.

IT IS SO ORDERED.

DATED: March 18, 2013            By: _____
                                     Hon. Jay C. Gandhi